1                        UNITED STATES DISTRICT COURT
                         SOUTHERN DISTRICT OF TEXAS
2                             HOUSTON DIVISION

3    UNITED STATES OF AMERICA        .  CR. NO. H-09-494
                                     .  HOUSTON, TEXAS
4    VS.                             .
                                     .  JULY 28, 2011
5    NAIM JORGE-TOVAR                .  10:30 A.M. to 10:45 A.M.

6

7                         TRANSCRIPT of SENTENCING
                   BEFORE THE HONORABLE KEITH P. ELLISON
8                     UNITED STATES DISTRICT JUDGE

9

10   APPEARANCES:

11   FOR THE GOVERNMENT:          MR. JOSEPH C. MAGLIOLO, JR
                                  Office of the U.S. Attorney
12                                919 Milam
                                  Suite 1500
13                                Houston, Texas   77208

14

15   FOR THE DEFENDANT:           MR. MIGUEL ANDRES SANCHEZ-ROSS
                                  Federal Public Defender's Office
16                                440 Louisiana
                                  Suite 1350
17                                Houston, Texas   77002

18

19   OFFICIAL COURT INTERPRETER:  MS. EDITH PROSS

20

21   OFFICIAL COURT REPORTER:     MS. KATHY L. METZGER
                                  U.S. Courthouse
22                                515 Rusk
                                  Room 8004
23                                Houston, Texas   77002
                                  713-250-5208
24
     Proceedings recorded by mechanical stenography, transcript
25   produced by computer-aided transcription.

1                       P R O C E E D I N G S

2          *(Proceedings through interpreter.)*

3               *THE COURT:*  Thank you.   Please be seated.

4                    We'll turn to the United States versus

5     Jorge-Tovar.   We'll take appearances of counsel and from

6     probation.

7               *MR. MAGLIOLO:*  Joe Magliolo for the United States,

8     Your Honor.   Good morning.

9               *MR. SANCHEZ-ROSS:*  Andres Sanchez for Mr. Jorge-Tovar,

10    Your Honor.

11              *MR. RENTERIA:*  Good morning, Your Honor.   Hugo

12    Renteria with probation.

13              *THE COURT:*  Thank you, Mr. Renteria.

14                   All right.   Good morning, sir.   Do you go by

15    Jorge-Tovar?

16              *THE DEFENDANT:*  My name is Jorge-Tovar.

17              *THE COURT:*  All right.   Can you understand through the

18    interpreter what's being said, sir?

19              *THE DEFENDANT:*  Yes, sir.

20              *THE COURT:*  I'm going to assume you understand

21    everything being said unless you tell me differently.   All

22    right?

23              *THE DEFENDANT:*  Yes, sir.

24              *THE COURT:*  Okay.   I've reviewed Mr. Renteria's

25    report.   Have you reviewed it with your client,

1  Mr. Sanchez-Ross?

2          *MR. SANCHEZ-ROSS:*  I have, Your Honor.

3          *THE COURT:*  Do you wish to speak first or would like

4  to offer -- that I offer your client a chance to speak first?

5          *MR. SANCHEZ-ROSS:*  Judge, I would speak first.  It

6  will be relatively short.

7          *THE COURT:*  Okay.

8          *MR. SANCHEZ-ROSS:*  What I'm asking for, is for the

9  Court to follow the recommendation of the government.

10          *THE COURT:*  A hundred and twenty months?

11          *MR. SANCHEZ-ROSS:*  It's actually 72 months under the

12  5K motion that they filed yesterday.

13          *THE COURT:*  I haven't gotten a 5K motion.

14          *MR. RENTERIA:*  Judge, I have a copy of it.

15          *MR. MAGLIOLO:*  I also have one, Your Honor.  Sorry.

16          *THE COURT:*  All right.

17          *MR. SANCHEZ-ROSS:*  And, so, I guess I'll explain a

18  little more about --

19          *THE COURT:*  Well, just give me a second to read this.

20          *MR. SANCHEZ-ROSS:*  Sure, Your Honor.

21          *THE COURT:*  All right.  Okay.  Thank you very much.

22              Return this to Mr. Renteria, please.  Excuse me.

23          *MR. SANCHEZ-ROSS:*  So, I would ask the Court to follow

24  the recommendations of the government.  And if the Court needs

25  additional information about his cooperation or any additional

1   facts about the case, I'll be happy to provide those.

2             *THE COURT:*  No, that's okay.

3                 All right.  Mr. Jorge-Tovar, would you like to

4   say anything about the issue of sentencing, sir?  This is your

5   opportunity.

6             *THE DEFENDANT:*  No, sir, everything is fine.

7             *THE COURT:*  Okay.  Mr. Magliolo?

8             *MR. MAGLIOLO:*  No, Your Honor, just we ask that the

9   Court follow the defense and the government's recommendation,

10  to reduce the 120-month mandatory minimum to 72 months.

11            *THE COURT:*  All right.  Mr. Renteria?

12            *MR. RENTERIA:*  Judge, probation has nothing further to

13  add.

14            *THE COURT:*  Is it your recommendation that I still do

15  supervised release of 25 years and a fine of 5,000?

16            *MR. RENTERIA:*  Well, Judge, the fine, yes.  However,

17  as far as the supervised release goes, we would at least

18  recommend to the Court for at least a minimum of five years due

19  to unique nature of the specific conditions that are typically

20  attached to sex offender type cases.

21            *MR. SANCHEZ-ROSS:*  In regard to the fine, Judge,

22  Mr. Naim Jorge-Tovar will be deported immediately after he's

23  served any sentence, so.

24            *THE COURT:*  I'm sure of that.

25            *MR. MAGLIOLO:*  There's also an issue of restitution

1  that we would broach with the Court.  The government is --

2  there is an issue of restitution, but it has not been

3  determined yet, but because of this type case, I think the

4  Court -- we need to put the Court -- make it aware that there

5  is an issue of restitution.  And I believe that is -- that's

6  correct.

7          MR. RENTERIA:  That's correct.  The restitution in

8  this case is applicable and mandatory under the statute.

9  However, it hasn't been determined yet and we have no further

10 information on that.

11         THE COURT:  Well, how is it going to be determined

12 though?

13         MR. MAGLIOLO:  It will be determined from the victim,

14 Your Honor, but the victim -- probation tried to contact the

15 victim and the victim has not responded to probation.  Victims

16 tend to be very guarded and the government is going to make an

17 effort to locate the victim and see what information we can

18 add.  We think we'll have a better -- perhaps a better chance

19 than probation, but we'll make probation aware of our efforts.

20         MR. SANCHEZ-ROSS:  Judge, my understanding -- about

21 the restitution issue, I've learned about it this morning.  I'm

22 not faulting anyone.  That's just why I'm not prepared to speak

23 too much more on this issue, but my understanding is the Court

24 has up to 90 days after the sentencing to determine the

25 restitution issue in situations like this when it has not yet

1   been determined.  I guess if probation or the government has

2   any additional information within those 90 days, the Court

3   could set a hearing to determine the restitution issue.

4   Otherwise, it would just default to the --

5          *THE COURT:*  No, I understand.

6          *MR. RENTERIA:*  That's correct, Judge.

7          *MR. MAGLIOLO:*  Yes, Your Honor.

8          *THE COURT:*  Okay.  Anything further then from anybody?

9          *MR. SANCHEZ-ROSS:*  No, Your Honor.

10         *MR. MAGLIOLO:*  No, Your Honor.

11         *THE COURT:*  All right.  The Court does adopt the

12  factual recitations in the report prepared by Mr. Renteria.

13  The recommendation section is also incorporated, except

14  otherwise noted.

15         The defendant is sentenced to a period of 72

16  months, because of the recommendation by the government, to be

17  followed by a five-year period of supervised release; a fine of

18  $5,000; restitution to be determined; and a hundred-dollar

19  special assessment.

20         While on supervised release the defendant shall

21  not commit another crime, shall not possess a firearm or

22  destructive device.

23         If deported, the defendant is not to reenter the

24  United States illegally.

25         The defendant shall cooperate in the collection

1   of a DNA sample to the extent authorized by law.

2              The defendant shall report the address where he

3   will reside and any subsequent change of residence to the

4   probation officer.

5              The defendant shall not seek to reside, work, or

6   have access to schoolyards, parks, playgrounds, arcades, and

7   shall come within a hundred feet thereof.

8              Defendant shall not seek or maintain employment,

9   supervise, volunteer, or participate in any program where

10  minors under the age of 18 would congregate.

11             Defendant shall not have any contact with any

12  minor children under the age of 18 without prior permission of

13  probation.

14             Defendant shall not date or cohabitate with

15  anyone who has children under the age of 18, unless approved in

16  advance by the probation officer.

17             Defendant shall not view, possess, or have under

18  his control any depictions of children either sexually oriented

19  or sexually stimulating and shall not frequent anyplace where

20  such materials are available.

21             As to the payment, the recommendation as to how

22  payment should be received is adopted.

23             There's no right of appeal, because it's been

24  waived.

25             Mr. Tovar -- Jorge-Tovar, I do think what you've

1  done is the epicenter of evil, I really do.  I hope this
2  sentence will remove from you any thought of ever engaging in
3  this kind of conduct again.  And whatever restitution is
4  ultimately imposed by this Court, I hope you will on your own
5  seek to make restitution to your victim.  I think what you've
6  done goes a long toward ruining her entire life.
7                    Anything further?
8          *MR. MAGLIOLO:*  No, Your Honor.
9          *MR. SANCHEZ-ROSS:*  No, Your Honor.
10         *MR. RENTERIA:*  Your Honor, just -- the government
11 moves to dismiss the indictment to Count 1?
12         *MR. MAGLIOLO:*  We do, Your Honor.  The defendant plead
13 to a superseding information.  We will move to dismiss the
14 indictment as to Mr. Tovar, the original indictment.
15         *THE COURT:*  Motion granted.
16         *MR. MAGLIOLO:*  Thank you, Your Honor.  One other
17 thing, Your Honor, next time I'll make sure the Court -- I'm
18 sorry the Court didn't get a copy of this.  I'll make sure the
19 Court gets a courtesy copy.
20         *THE COURT:*  No, not a problem.  It happens a lot.
21         *MR. MAGLIOLO:*  Thank you, Your Honor.
22     *(Concluded at 10:45 a.m.)*
23                    * * *
24 I certify that the foregoing is a correct transcript from the
25 record of proceedings in the above-entitled cause, to the best

1  of my ability.

2

3  /s/ *Kathy L. Metzger*                                    *4-19-12*
   Kathy L. Metzger                                    Date
4  Official Court Reporter

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25